IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ROBERTO PEDRAZA CRUZ, ORLANDO PEDRAZA GONZALEZ, GABRIEL ROLDAN ALTAMIRANO, & EDGAR ROLDAN ALTAMIRANO, <br><br> Plaintiffs, <br><br> vs. <br><br> EMA OUTSOURCE MANUFACTURING, INC., and JOHN WILSON, <br><br> Defendants. | CIVIL ACTION <br> NO. 2:14-cv-00236-WCO |

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUL 15 2015

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING ACTION WITH PREJUDICE

The above-captioned case is before the Court for consideration of the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Action With Prejudice. The Court has considered and reviewed the proposed settlement agreement in this case and has determined that it is fair and equitable in all respects. Accordingly, the Court hereby **GRANTS** the parties' Joint Motion,

**APPROVES** the settlement agreement entered into by the parties, and **DISMISSES** this action *with prejudice*. Except as stated in the settlement agreement, each party shall bear its own costs of litigation and attorney's fees.

IT IS SO ORDERED this the 15th day of July, 2015.

_____
WILLIAM C. O'KELLEY
SENIOR UNITED STATES DISTRICT JUDGE